JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL ALEJANDRO PEREZ, | ) | NO. LA CV 22-05694-VBF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R.C. JOHNSON, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

Dated: November 3, 2022        /s/ Valerie Baker Fairbank

                                        VALERIE B. FAIRBANK
                                        UNITED STATES DISTRICT JUDGE